Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

**No. 53494.**—Yardley & Co., Ltd. *v.* United States, protests 81367–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

**No. 53495.**—J. E. Bernard & Company, Inc. *v.* United States, protests 135615–K/1449, etc. (Chicago).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the crude curare passed upon in Abstract 52532. The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53496.**—Wilson & Co., Inc. *v.* United States, protests 138188–K and 139047–K (Pembina).

Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53497.**—George A. Breon & Company *v.* United States, protest 138609–K (St. Louis).

Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 53498.**—Wilson & Co., Inc. *v.* United States, protest 146908–K (Detroit).